**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                     Civil Action No.  1:14-cv-00953-LMB-JFA

JOHN DOE, subscriber assigned IP address
98.218.174.14,

    Defendant,
                                          /

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**<u>WITH PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address 98.218.174.14.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  September 26, 2014

                                                      Respectfully submitted,

                                                      By:    /s/ *William E. Tabot*
                                                      William E. Tabot PC
                                                      9248 Mosby Street
                                                      Manassas, VA 20110-5038
                                                      Phone: 703-530-7075
                                                      Email: wetabotesq@wetlawfirm.com
                                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                      By:  /s/ *William E. Tabot*_____
                                                                       William E. Tabot